UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-405 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ROBERTO ANGEL CHAVEZ, | ) | |
| Defendant. | ) | |

Offense charged: Possession of Cocaine Base in the Form of Crack Cocaine with the Intent to Distribute; Possession of Cocaine with Intent to Distribute; Felon in Possession of a Firearm

Date of Detention Hearing: September 22, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant, age 27, has a lengthy criminal history which includes crimes of violence,

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

several attempts to elude pursuing police, firearms charges and controlled substances. He is either a past or current member of the 74 Hoover Crips.

(2) Defendant is currently on community supervision. There is some history of failing to appear for hearing and failure to comply with court orders. He is alleged to have a history of illegal substance abuse. The Court notes that three small children were present in the car when defendant was arrested pursuant to the instant charges, at which time marijuana, cocaine and a stolen firearm were allegedly found under the passenger seat on which the children were seated.

(3) Defendant poses a risk of nonappearance based on history of failing to appear or attempts to elude, a history of failure to comply with court orders, his status on active community supervision and alleged history of using illegal substances. He poses a risk of danger due to alleged membership in a gang, criminal history and the nature of the current charges.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

01     Government, the person in charge of the corrections facility in which defendant is

02     confined shall deliver the defendant to a United States Marshal for the purpose of

03     an appearance in connection with a court proceeding; and

04 (4)     The clerk shall direct copies of this Order to counsel for the United States, to

05     counsel for the defendant, to the United States Marshal, and to the United States

06     Pretrial Services Officer.

DATED this 22nd day of September, 2008.

                        /s/ Mary Alice Theiler
                        Mary Alice Theiler
                        United States Magistrate Judge

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 3